1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM RAY BARTON,
    Petitioner,
    v.
PEOPLE OF THE STATE OF CA,
    Respondent.

Case No. 18-07790 BLF (PR)

**ORDER OF TRANSFER**

Petitioner, a state prisoner at the California Men's Colony State Prison in San Luis Obispo, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, seeking a "youthful offender parole hearing." (Pet. at 3.) If the petition challenges the manner in which a sentence is being executed, *e.g.*, if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Therefore, venue properly lies in the Central District of California, wherein the County of San Luis Obispo lies, and not in this one. *See* 28 U.S.C. §§ 84(c), 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Western Division of the Central District of California. *See* 28 U.S.C. § 1406(a).

Petitioner filed two previous habeas actions which were also transferred to the Central District. *See Barton v. People State of CA*, Case No. 18-01378 BLF (PR) (Docket

No. 5); *Barton v. Superior Court*, Case No. 18-03964 BLF (PR) (Docket No. 4). Petitioner is advised that he must file any future habeas actions involving parole or time credits claims in the district of confinement, which is currently the Central District of California.

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

Dated: __January 22, 2019__

BETH LABSON FREEMAN
United States District Judge

Order of Transfer
P:\PRO-SE\BLF\HC.18\07790Barton_transfer(CD).docx